■ The People of the State of New York, Respondent, v Jose Reyes, Appellant. [903 NYS2d 298]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (J. Doyle, J.), imposed June 3, 2008, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Covello, J.P., Balkin, Chambers and Sgroi, JJ., concur.